FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2013

JEFFREY P. COLWELL
CLERK

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FRANCES MARINCICK-DOWD / WELLS FARGO
was received by me on *(date)* 1/8/2013

☑ I personally served the summons on the individual at *(place)* WELLS FARGO BANK, 201 W. 8TH ST PUEBLO, CO 81003 @ 11:45 a.m. on *(date)* 1/8/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ~~80~~ 0 for travel and $ 80 for services, for a total of $ ~~$~~ 80.00

I declare under penalty of perjury that this information is true.

Date: 1/8/2013

*Server's signature*

TRAVIS STAR NELSON
*Printed name and title*

2007 BELMONT AVE, PUEBLO, CO 81004
*Server's address*

Additional information regarding attempted service, etc: (719) 994-0030

JAN-10-2013  16:15                                    98%                                    P.01

# Fax Cover Sheet

TO: United States District Court
FROM: Tyson Giesbrecht
COMPANY: District of Colorado
DATE: Jan 9-13
FAX NUMBER: 303-335-2714
TOTAL NO. OF PAGES: 2
PHONE NUMBER:

RE: Proof of Service

[ ] URGENT  [ ] FOR YOUR REVIEW  [ ] PLEASE COMMENT  [✓] PLEASE REPLY

NOTES:
Giesbrecht et al v. Wells Fargo Bank N.A. et al
CASE # 1:13-CV-00020-PAB

From: Tyson Giesbrecht
Phone:
Fax: 256-725-4242

Fax Sheet by http://www.hooverwebdesign.com