IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00020-PAB-BNB

TYSON L. GIESBRECHT, and
TAMI J. GIESBRECHT,

Plaintiffs,

v.

WELLS FARGO BANK N.A., a national banking association, as alleged successor in interest to Mortgage Solutions of Colorado, LLC, and
WELLS FARGO HOME MORTGAGE,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for More Time to File Amended Complaint** [docket no. 10, filed January 28, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiffs have to and including **February 28, 2013**, in which to submit an amended complaint that complies with my previous Order [6].

DATED:  January 29, 2013